IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(FORT LAUDERDALE DIVISION)

Case No.



# 00-6011

MINDY KLEIN,

    Plaintiff,

vs.

RETRIEVAL MASTERS CREDITORS
BUREAU, INC., d/b/a "RMCB
Collection Agency", "American
Medical Collection Agency",
and "AMCA", JOSEPH HOWARD,
JEFF WOLLMAN, and DOES 1 through 5,

    Defendants.
_____/

MAGISTRATE JUDGE
GARBER

## PLAINTIFF MINDY KLEIN'S COMPLAINT

### I.  INTRODUCTION

1.   This is an action for damages brought by an individual consumer for DEFENDANTS' violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, unfair, and fraudulent practices.

### II. JURISDICTION

2.   This action arises under the Fair Debt Collections Practices Act, 15 U.S.C. 1692k(d), as hereinafter more fully appears.  Venue is this District is proper because the pertinent events took place here and because DEFENDANTS reside here. Declaratory relief is requested pursuant to 28 U.S.C. § 2201 and



2202.

### III. PARTIES

3.     PLAINTIFF, MINDY KLEIN, f/k/a MINDY GOTTLIEB, is an individual who has resided at material times in Broward County, Florida.

4.     DEFENDANT RETRIEVAL MASTERS CREDITORS BUREAU, INC., d/b/a "RMCB Collection Agency", "American Medical Collection Agency", and "AMCA" ("RM CREDITORS BUREAU"), is a New York corporation engaged in the business of collecting debts in this state with its principal place of business located at Elmsford, Westchester County, New York.  A principal business purpose of RM CREDITORS BUREAU is the collection of debts using the mails and telephone, and RM CREDITORS BUREAU regularly attempts to collect debts alleged to be due another.

5.     RM CREDITORS BUREAU has been, at all material times, a registered consumer collection agency in the State of Florida.

6.     DEFENDANT JOSEPH HOWARD ("HOWARD") is, according to the representations of RM CREDITORS BUREAU, a natural person who has been employed by RM CREDITORS BUREAU as a collector at all times relevant to this Complaint.  The name "Joseph Howard" may be an alias and may not correspond to particular individual.

7.     DEFENDANTS JEFF WOLLMAN ("WOLLMAN") and DOES 1 through 5 were responsible for RM CREDITORS BUREAU's compliance with the FDCPA, had ultimate responsibility for, and/or created or approved the various letters, or the basic forms used for the various letters, sent by RM CREDITORS BUREAU to PLAINTIFF, and were are

aware of, and/or had ultimate responsibility for, and/or created or approved or devised various of the policies of RM CREDITORS BUREAU which violate the FDCPA.

## IV.  FACTUAL ALLEGATIONS

8.   On or about January 6, 1999, HOWARD, on behalf of RM CREDITORS BUREAU, wrote PLAINTIFF in an attempt to collect an alleged debt of PLAINTIFF's to Hosiery Corporation of America concerning pantyhose ordered by PLAINTIFF for personal use.  See Exhibit "A".  The letter was sent on letterhead containing RM CREDITORS BUREAU's full corporate name, "Retrieval Masters Creditors Bureau, Inc.", and received by PLAINTIFF in Broward County, Florida.

9.   On the face of the letter there was a box before the salutation portion of the letter providing,

> "FINAL NOTICE
> BEFORE CREDIT
> NOTIFICATION"
>
> In the letter, HOWARD wrote,
>
> "... are you willing to let Hosiery Corporation of America record your name on a delinquent credit file which may affect your ability to obtain credit ...?
>
> "...
>
> "... Clear your record **with us** once and for all.  Contact us and keep Hosiery Corporation of America from putting your name on a national delinquent credit file."

10.  RM CREDITORS BUREAU does not operate and is not employed by a consumer reporting agency as defined under 15 U.S.C. § 1681a(f).

### V.  CLAIM FOR RELIEF

11.  PLAINTIFF repeats, realleges, and incorporates by reference paragraphs 1 through 10, above.

12.  RM CREDITORS BUREAU, HOWARD, WOLLMAN, and DOES 1 through 5 violated the FDCPA.  Their violations include, but are not limited to, the following:

(a)  RM CREDITORS BUREAU, HOWARD, WOLLMAN, and DOES 1 through 5 violated 15 U.S.C. §§ 1692e, 1692e(8), 1692e(10), and 1692e(16) due to the false representation and/or implications by RM CREDITORS BUREAU and HOWARD, including the name "Retrieval Masters Creditors Bureau, Inc.", that RM CREDITORS operates or is employed by a consumer reporting agency, and that HOWARD is employed by one;

(b)  RM CREDITORS BUREAU, HOWARD, WOLLMAN, and DOES 1 through 5 violated 15 U.S.C. §§ 1692e, 1692e(8), and 1692e(10), due to the false representation and/or implications by RM CREDITORS BUREAU and HOWARD that Hosiery Corporation of America operates or is employed by a consumer reporting agency.

13.  As a result of the above violations of the FDCPA, RM CREDITORS BUREAU, HOWARD, WOLLMAN, and DOES 1 through 5 are liable to PLAINTIFF for actual damages, statutory damages of $1,000.00, costs, interest, and attorney's fees.

### VI. PRAYER FOR RELIEF

WHEREFORE, PLAINTIFF respectfully prays that judgment be entered against RM CREDITORS BUREAU, HOWARD, WOLLMAN, and DOES 1

through 5 as follows:

      (a)  declaratory judgment that DEFENDANTS' practices violate the FDCPA;

      (b)  $1,000.00 statutory damages, pursuant to 15 U.S.C. § 1692k;

      (c)  Costs and reasonable attorney's fees, pursuant to 15 U.S.C. § 1692k;

      (d)  For such other and further relief as may be just and proper, including pre-judgment interest.

Respectfully submitted,


Andrew B. Spark
FL Bar No: 0899811
LawServ-Chartered
Attorney for PLAINTIFF
1800 Second St., Ste. 818
Sarasota, FL 34236
(941) 954-0744
FAX: (941) 953-6260
abspark@email.msn.com

EXHIBIT "A"

Case 0:00-cv-06011-PAS    Document 1    Entered on FLSD Docket 01/06/2000    Page 7 of 9

**RMCB** COLLECTION AGENCY

RETRIEVAL MASTERS
CREDITORS BUREAU, Inc.
2269 S. SAW MILL RIVER ROAD, BLDG. 3
ELMSFORD, NY 10523 • 1-914-345-7136
1-914-345-7136

HCl 285081078545518 000398

|..||..||.||...||....||...||.|.|.||..||.|.||..||...||..||.|||.|
MS. MINDY GOTTLIEB
4751 NW 22ND ST
COCONUT CREEK, FL  33063-3878        JANUARY  6, 1999

```
*****************
* FINAL NOTICE  *
* BEFORE CREDIT *
* NOTIFICATION  *
*****************
```

Dear MS. MINDY GOTTLIEB:

For so small an amount as $3.98, are you willing to
let Hosiery Corporation of America record your name on
a delinquent credit file which may affect your ability
to obtain credit with direct marketing companies?

You have had ample opportunity to explain why you have
not paid our client, Hosiery Corporation of America,
for the order shipped to you on  7/04/98.

It is essential that you mail payment in full, request
validation of this debt or notify us of your dispute
within thirty (30) days of receipt of this letter.

Remember, your account is now being handled by debt
collectors, who want to see this matter resolved.
Clear your record with us once and for all.  Contact
us and keep Hosiery Corporation of America from putting
your name on a national delinquent credit file.


RIG
NOTICE: SEE REVERSE SIDE
FOR IMPORTANT INFORMATION

AMERICAN COLLECTORS
ASSOCIATION, INC.

SINCERELY,

*Joseph Howard*

JOSEPH HOWARD
COLLECTION SUPERVISOR

HC100398285081078545518

MS. MINDY GOTTLIEB
4751 NW 22ND ST
COCONUT CREEK, FL  33063

HCl 285081078545518
    3.98  *  A011351

| YOU OWE: | HOSIERY CORPORATION OF AMERICA |
|---|---|
| AMOUNT DUE: | $3.98 |
| CHARGE DATE: | JULY  4, 1998 |
| | HCl 285 |
| ACCOUNT #: | 285081078545518 |

**RMCB** RETRIEVAL MASTERS CREDITORS BUREAU, I:
2269 S. SAW MILL RIVER ROAD, BLDG. 3
ELMSFORD, NY 10523

This is an attempt to collect a debt. Any information obtained will be used for that purpose." This communication is from a debt collector.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will: obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

New York City Department of Consumer Affairs
License Number 808906.

### Notice to Colorado Residents

If a consumer notifies a debt collector or collection agency in writing that:

(I) The consumer wishes the collection agency to cease contact by telephone at the consumer's place of employment, then no such further contact by telephone shall be made;

(II) The consumer refuses to pay a debt or the consumer wishes the collection agency to cease further communication with the consumer, then the debt collector or collection agency shall not communicate further with the consumer with respect to such debt, except:

   A) To advise the consumer that the collection agency's further efforts are being terminated;
   B) To notify the consumer that the collection agency or creditor may invoke specified remedies which are ordinarily invoked by such collection agency or creditor; or
   C) Where applicable, to notify the consumer that the collection agency or creditor intends to invoke a specified remedy permitted by law.

Collection agencies performing collection activities within Colorado are licensed by the Collection Agency Board in the Attorney General's office. Their address is 1525 Sherman Street, 5ᵗʰ Floor, Denver, CO 80203. Payments should not be sent to the board.
The State of Colorado requires that the above information be stated for the residents of Colorado. These rights apply to all consumers.

State of North Carolina Permit #2087.

# CIVIL COVER SHEET    CIV - SEITZ

## 00 - 6011

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September, 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I (a) PLAINTIFFS**
MINDY KLEIN

**DEFENDANTS**
RETRIEVAL MASTERS CREDITORS BUREAU, INC., a/b/a "RMCB COLLECTION AGENCY," "AMERICAN MEDICAL COLLECTION AGENCY", and "AMCA", JOSEPH HOWARD JEFF WOLLMAN, and DOES 1 through 5

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** MIDDLESEX, NJ
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

B-100TH-6011 SEITZ / GARBER

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
LAW SERV
1800 2ND ST, STE 818
SARASOTA FL 34236   941-954-0744

ATTORNEYS (IF KNOWN)

**MAGISTRATE JUDGE**
**GARBER**

**(d) CIRCLE COUNTY WHERE ACTION AROSE:**
DADE, MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

**II. BASIS OF JURISDICTION** (PLACE AN X ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Case Only)
(PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)
15 USCA § 1692 - COLLECTION ABUSE

**IVa.** 3 days estimated (for both sides) to try entire case

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| A CONTACT | A TORTS | FORFEITURE PENALTY | A BANKRUPTCY | A OTHER STATUS |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 States Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane   ☐ 362 Personal Injury-Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability   ☐ 365 Personal Injury-Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander   ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. B |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** ☐ 640 R.R. & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine   ☐ 370 Other Fraud | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl Veterans) B | ☐ 345 Marine Product Liability   ☐ 371 Truth in Lending B | ☐ 660 Occupational Safety/Health | **B SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits B | ☐ 350 Motor Vehicle   ☐ 380 Other Personal Property Damage | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholder's Suits | ☐ 355 Motor Vehicle Product Liability   ☐ 385 Property Damage Product Liability | **A LABOR** | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12USC3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability |  | ☐ 720 Labor Management Relations B | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **B CIVIL RIGHTS** | ☐ 730 Labor Management Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | **B PRISONER PETITIONS** | **A FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence Habeas Corpus   ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General *   ☐ 790 Other Labor Litigation | ☐ 871 IRS-Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty   ☐ 791 Employee Ret. Inc. Security Act B |  | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other * |  | ☒ 890 Other Statutory Actions * |
| ☐ 290 All Other Real Property |  | ☐ 550 Civil Rights * A or B |  | * A or B |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)
- ☒ 1 Original Proceeding
- ☐ 2 Removed From State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Refiled
- ☐ 5 Transferred from another district (Specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT**
CHECK IF THIS IS A CLASS ACTION ☐ UNDER F.R.C.P. 23
DEMAND $ 1000.00
Check YES only if demanded in complaint: JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):
JUDGE _____   DOCKET NUMBER _____

DATE 1/4/00   SIGNATURE OF ATTORNEY OF RECORD

UNITED STATES DISTRICT COURT
S/F 1-2
REV. 9/94

FOR OFFICE USE ONLY: Receipt No. 518220
Date Paid: 1/5/00

Amount: 150.00
M/fp: _____