# United States District Court

SOUTHERN **DISTRICT OF** FLORIDA

MIAMI DIVISION

MINDY KLEIN, Plaintiff
v.

Retrieval Masters Creditors Bureau, inc d/b/a
"RMCB Collection Agency", "American Medical
Collection Agency", and "AMCA", Joseph
Howard, Jeff Wollman, and Does' 1 through 5
Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 00-6011-CIV-SEITZ/GARBER

TO: (Name and address of defendant)

Retrieval Masters Creditors Bureau, Inc.
c/o The Prentice-Hall Corporation System Inc (Registered Agent)
1201 Hays Street Suite 105
Tallahassee, FL 32301

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Andrew B. Spark, esq.
1800 2nd Street, Suite 818
Sarasota, FL 34236

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox                                      APR 1 4 2000
**CLERK**                                            **DATE**

(BY) DEPUTY CLERK

#3