AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

Miami Division

Mindy Klein, plaintiff,

SUMMONS IN A CIVIL CASE

V.

Retrieval Masters Creditors Bureau Inc, D/B/A "RMCB Collection Agency", "American Medical Collection Agency", and "AMCA", Joseph Howard, Jeff Wollman, and Does' 1 Through 5 Defendants,

CASE NUMBER: 00-6011-Civ-Seitz/Garber

TO: (Name and address of defendant)

Jeff Wollman
2269 Saw Mill River Road
Building #3
Elmsford, NY 10523

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Andrew B Spark, Esq,
1800 2nd Street, Suite 818
Sarasota, FL 34236

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox                              APR 1 4 2000
CLERK                                        DATE

(BY) DEPUTY CLERK

#4
HN