IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 00-6011-CIV-SEITZ

MINDY KLEIN,

    Plaintiff,

vs.

RETRIEVAL MASTERS CREDITORS
BUREAU, INC., d/b/a "RMCB
Collection Agency", "American
Medical Collection Agency",
and "AMCA", JOSEPH HOWARD,
JEFF WOLLMAN, and DOES 1 through 5,

    Defendants.
_____/

## PLAINTIFF MINDY KLEIN'S MEMORANDUM IN RESPONSE TO ORDER TO SHOW CAUSE

The essence of the good cause underlying the failure to comply with this court's January 13 Order Requiring Counsel to Meet and File Joint Scheduling Report ("Order") is that no defendant was served until after the deadlines in said Order. No defendant was served until DEFENDANT RETRIEVAL MASTERS CREDITORS BUREAU, INC. ("RMCB") was served on April 18, 2000, see attached Verified Return of Service of J. Lee Vause, Jr., and, to PLAINTIFF's knowledge, DEFENDANT JEFF WOLLMAN has not yet been served.[1] Thus, there was no defense counsel to meet with until April 18. Indeed, the subject Order specifically provides that

---

[1] PLAINTIFF cannot identify the DOE defendants at this time, and suspects DEFENDANT JOSEPH HOWARD is just a name on a collection letter.

PLAINTIFF is to serve a copy of the Order on all defendants "upon notice of appearance of defense counsel". At this time, no defense counsel has appeared, though John Elliott ("Mr. Elliott"), who on information and belief is an attorney located in Connecticut, initially contacted the undersigned on behalf of RMCB on April 25.

It is somewhat notable that the 60-day deadline set forth in the Order is only half as long as the service deadline provided by F.R.C.P. 4(m). PLAINTIFF has served RMCB within the service deadline. This case is essentially based upon the representations in a single collection letter. PLAINTIFF's delay in serving RMCB was based upon the belief that the decision in a case involving a similar collection letter by RMCB currently on appeal to the Seventh Circuit Court of Appeals would be largely determinative of the merits of her case.[2] While PLAINTIFF believes that there are distinguishing characteristics which make the subject letter sent to her violative of the Fair Debt Collections Practices Act regardless of the Seventh Circuit's ultimate decision and is prepared to litigate regardless, the issues would have been largely narrowed, this court would have the benefit of an appellate decision in a similar case, and the parties' respective settlement postures would have been more crystallized had a decision been rendered prior to the service deadline. As it turns out, though the appellant's attorney has informed the undersigned that oral argument was heard by the

---

[2] At the district court level, the case is reported as Pettit v. Retrieval Masters Creditors Bureau, Inc., 42 F.Supp. 797 (N.D.Ill. 1999).

Seventh Circuit prior to the filing of this action, according to Mr. Elliott, no decision has yet been rendered.

Finally, PLAINTIFF would note that the parties have quickly begun to discuss settlement through counsel and are no more than $1,500 apart.

### **VERIFICATION**

I, Andrew Spark, declare as follows:

I am the attorney for plaintiff in the above-entitled action.

I have read the above and know its contents. The matters stated above are true of my own knowledge, except for those items which are alleged on my information and belief, and as to those items, I believe them to be true.

I declare under penalty of perjury under the laws of the State of Florida that the above is true and correct.

Executed on _April_, _27_, 2000, at Sarasota, Florida.

_Andrew B. Spark_

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the foregoing by U.S. Mail, first-class postage pre-paid, upon Retrieval Masters Creditors Bureau, Inc., c/o, Prentice Hall Corporation System, Inc., Registered Agent, 1201 Hayes St., Tallahassee, FL, 32301, this 27 day of April, 2000.

                                      Andrew B. Spark
                                      FL Bar No: 0899811
                                      LawServ, Chartered
                                      Attorney for PLAINTIFF
                                      1800 Second St., Ste. 818
                                      Sarasota, FL 34236
                                      (941) 954-0744
                                      FAX:(941) 953-6260
                                      abspark@msn.com

cc: John Elliott, Esq.

VERIFIED RETURN OF SERVICE

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>00-6011-CIV-SEITZ/GARBER<br>SOUTHERN DISTRICT OF FLORIDA | CASE:<br><br>CIVIL DIVISION |

SUMMONS, COMPLAINT

MINDY KLEIN

vs.

RETRIEVAL MASTERS CREDITORS BUREAU,
INC., ET. AL.,

Pursuant to the request of Andrew B. Spark, 1800 Second Street, Sarasota, FL. VAUSE'S PROCESS SERVICE, received this process on April 18, 2000 at 09:30 A.M.

I, J. LEE VAUSE, JR. SECOND CIRCUIT, ID served same on **RETRIEVAL MASTERS CREDITORS BUREAU, INC. C/O PRENTICE HALL CORPORATION SYSTEM INC. R.A.**, at 1201 HAYES STREET, TALLAHASSEE, FL 32301 on APRIL 18, 2000 at 02:10 P.M.

CORPORATE SERVICE

By serving a copy of the above document(s) to **PRENTICE HALL SYSTEMS INC** as **REGISTERED AGENT** or any employee of defendant corporation in the absence of any superior officer as defined in Florida Statute, Section 48.081 when defendant's corporation does not keep a registered agent present as required by F.S., Section 48.091.

COMMENTS

DELIVERED TO: SABRINA RANDOLPH, AUTHORIZED AGENT TO ACCEPT

| | |
|---|---|
| Under penalties of perjury, I declare that I have read the forgoing document and that the facts stated in it are true.<br>April 20th, 2000 | VAUSE'S PROCESS SERVICE<br>P.O. BOX 1777<br>TALLAHASSEE, FL 32302<br>OFFICE (850) 656-2605 |

J. LEE VAUSE, JR. SECOND CIRCUIT, ID #81

INDEX   13896

# United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA**

**MIAMI DIVISION**

MINDY KLEIN, Plaintiff

v.

Retrieval Masters Creditors Bureau, inc d/b/a "RMCB Collection Agency", "American Medical Collection Agency", and "AMCA", Joseph Howard, Jeff Wollman, and Does' 1 through 25, Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 00-6011-CIV-SEITZ/GARBER

Lee Vause
Certified Process Server ID#81
Second Judicial Circuit
Florida/County
Date Served 4/19/00  Time 2:10 PM

TO: (Name and address of defendant)

Retrieval Masters Creditors Bureau, Inc.
c/o The Prentice-Hall Corporation System Inc (Registered Agent)
1201 Hays Street Suite 105
Tallahassee, FL 32301

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Andrew B. Spark, esq.
1800 2nd Street, Suite 818
Sarasota, FL 34236

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox                                    APR 1 4 2000

CLERK                                              DATE

_[signature]_

(BY) DEPUTY CLERK