IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 00-6011-CIV-SEITZ

MINDY KLEIN,

    Plaintiff,

vs.

RETRIEVAL MASTERS CREDITORS
BUREAU, INC., d/b/a "RMCB
Collection Agency", "American
Medical Collection Agency",
and "AMCA", JOSEPH HOWARD,
JEFF WOLLMAN, and DOES 1 through 5,

    Defendants.
_____/

## PLAINTIFF MINDY KLEIN'S NOTICE OF SETTLEMENT

PLAINTIFF, by and through her undersigned attorney, hereby notices the court of the agreement of the parties to settle this action.

PLAINTIFF files this notice without prejudice to proceed should the agreement fail.

PLAINTIFF will dismiss this action with prejudice shortly, when the terms of the settlement have been performed.

**CERTIFICATE OF SERVICE**

    I hereby certify that I have served a copy of the foregoing by U.S. Mail, first-class postage pre-paid, upon Retrieval Masters Creditors Bureau, Inc., c/o Prentice Hall Corporation System, Inc., Registered Agent, 1201 Hayes St., Tallahassee, FL, 32301, and upon Jeff Wollman, 2269 Saw Mill River Rd., Bldg. #3, Elmsford, NY, 10523, this ___7___ day of __May__, 2000.

                                                    _____
                                                    Andrew B. Spark
                                                    FL Bar No: 0899811
                                                    LawServ, Chartered
                                                    Attorney for PLAINTIFF
                                                    1800 Second St., Ste. 818
                                                    Sarasota, FL  34236
                                                    (941) 954-0744
                                                    FAX:  (941) 953-6260
                                                    abspark@msn.com

cc:   John Elliott, Esq.