IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 00-6011-CIV-SEITZ

MINDY KLEIN,

    Plaintiff,

vs.

RETRIEVAL MASTERS CREDITORS
BUREAU, INC., d/b/a "RMCB
Collection Agency", "American
Medical Collection Agency",
and "AMCA", JOSEPH HOWARD,
JEFF WOLLMAN, and DOES 1 through 5,

    Defendants.
_____/

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties, having reached a settlement agreement in this action, hereby stipulate to dismissal of this action, with prejudice, each party to bear their own respective costs and attorneys fees.

                              Andrew B. Spark
                              FL Bar No: 0899811
                              LawServ, Chartered
                              Attorney for PLAINTIFF
                              1800 Second St., Ste. 818
                              Sarasota, FL 34236
                              (941) 954-0744
                              FAX:(941) 953-6260
                              abspark@msn.com

*[signature: Jeffrey Wollman]*
_____
Retrieval Masters Creditors Bureau, Inc.
By:
　　Name printed: Jeffrey S. Wollman
　　Title: Chief Operating Officer

DEFENDANT
2269 Sawmill River Rd., Bldg. 3
Elmsford, NY  10523
(914) 345-7136

*[signature: Jeff Wollman]*
_____
Jeff Wollman
DEFENDANT
2269 Sawmill River Rd., Bldg. 3
Elmsford, NY  10523
(914) 345-7136