UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
SOUTHERN DIVISION

CLOSED CIVIL CASE

CASE NO.00-6011-CIV-SEITZ/GARBER

MINDY KLEIN,

Plaintiff,

vs.

FILED by MBD D.C.
JUN 13 2000

RETRIEVAL MASTERS
CREDITORS BUREAU, INC., etc.,
*et al.*,

Defendants.

______________________________/

ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER came before the Court on the parties' Joint Stipulation for Dismissal With Prejudice, filed June 9, 2000. Upon due consideration, it is hereby

ORDERED that this matter is DISMISSED WITH PREJUDICE. Each party is to bear its own attorneys' fees and costs. All pending motions are DENIED AS MOOT, and this case is CLOSED.

DONE AND ORDERED in Miami, Florida, this 13 day of June, 2000.

Ursula Ungaro-Benages (for)
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies provided:
Andrew Spark, Esq.
Jeffrey Wollman

#9